No. 8397.   STATE ex Rel. SHERBURNE MERCANTILE CO., Relator, v. DISTRICT COURT et al., Respondents.

Decided December 12, 1942.

PER CURIAM.—The writ prayed for in this proceeding is hereby denied, by unanimous action of the court.

*Mr. James E. Burdett,* for Relator.